UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CASE NO. 1:13-cr-00141 |
| | : | |
| | : | Hon. Herman J. Weber |
| vs. | : | |
| | : | |
| | : | MOTION TO FILE UNDER SEAL |
| GLEN GALEMMO | : | |
| | : | [UNDER SEAL] |

The United States of America by and through its attorney, Emily N. Glatfelter, moves this Honorable Court for an order sealing the exhibits accompanying the Government's Response to the Defendant's Sentencing Memorandum for the Court's consideration in fashioning an appropriate sentence for the defendant.

Due to the sensitive nature of the exhibits, which include account information and personal identifying information, the Government requests that these exhibits be filed under seal and not be made available to the public until further order of the Court.

A copy of the exhibits will be provided to defense counsel.

Respectfully submitted,

CARTER M. STEWART
United States Attorney

*s/ Emily N. Glatfelter*
EMILY N. GLATFELTER (0075576)
Assistant United States Attorney
221 East Fourth Street, Suite 400
Cincinnati, Ohio 45202

IT IS HEREBY ORDERED that this Motion and Order to Seal, and Exhibits to Government's Sentencing Memorandum, be filed and kept under seal.

8/22/14
DATE

HONORABLE HERMAN J. WEBER
Senior United States District Court Judge