# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION

## CRIMINAL MINUTES - SENTENCING HEARING

UNITED STATES OF AMERICA

        v.                              CASE NO. CR-1-13-141

GLEN GALEMMO

_____

**COUNSEL:**
AUSA:    Emily N. Glatfelter and Timothy S. Mangan
Defense:   Benjamin G. Dusing and Angela Hayden

_____

**Court Personnel Present:**

**HONORABLE HERMAN J. WEBER**
Law Clerk: Amy Thomas
Court Reporter:  Luke Lavin (Official)
Courtroom Deputy: Betsi Brockmeier
Probation Officer: Laura Jensen/Robert Frommeyer
Pretrial Officer:  Laurie Cooke

DATE: WEDNESDAY, August 27, 2014
TIME: 10:10 a.m. - 4:20 p.m.

**DOCKET ENTRY:** Case called before J. Weber for DAY ONE OF SENTENCING HEARING. Defendant present with counsel. Government offers Exhibit R. Victim statements, including an email read into the record. Statements of people on behalf of the defendant.

STATEMENT OF FACTS read into the record.

Objections to the Presentence Report argued. Testimony of IRS Special Agent Elizabeth Shorten.

Victim list and amounts of restitution read into the record.