# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION

## CRIMINAL MINUTES - SENTENCING HEARING

**UNITED STATES OF AMERICA**
    v.                                   **CASE NO. CR-1-13-141**
**GLEN GALEMMO**

---

**COUNSEL:**
AUSA:    Emily N. Glatfelter and Timothy S. Mangan
Defense:   Benjamin G. Dusing and Angela Hayden

---

**Court Personnel Present:**

**HONORABLE HERMAN J. WEBER**
Law Clerk: Amy Thomas
Court Reporter: Luke Lavin (Official)
Courtroom Deputy: Betsi Brockmeier
Probation Officer: Laura Jensen/Robert Frommeyer
Pretrial Officer: _____

**DATE:** THURSDAY, August 28, 2014
**TIME:** 10:10 a.m. - 2:15 p.m.

**DOCKET ENTRY:** Case called before J. Weber for **DAY TWO OF SENTENCING HEARING.** Defendant present with counsel.

**REASONS FOR SENTENCE PLACED ON THE RECORD BY THE COURT.**

**SENTENCE:**

The defendant is hereby **COMMITTED TO THE CUSTODY OF THE BUREAU OF PRISONS** for a term of **ONE HUNDRED EIGHTY EIGHT (188) MONTHS** on each of Counts One and Two to run concurrently and, following incarceration, shall serve a term of Supervised Release of **THREE (3) YEARS** on each of Counts One and Two to run concurrently. Special Conditions and Standard Conditions stated for the record.

It is ordered that the defendant shall pay to the United States a SPECIAL ASSESSMENT of $200.00, due immediately. On Counts One and Two, RESTITUTION IN THE AMOUNT OF $34,599,085.46 is due according to the Schedule of Payments which is incorporated herein by reference. No interest shall accrue on the criminal monetary penalties.

The defendant shall forfeit property subject to the results of future ancillary proceedings and the Orders issued.

The defendant shall surrender to the facility designated by the Bureau of Prisons as notified by the United States Marshals. The Court recommends the defendant be housed at the FCI closest to Greenville, South Carolina.

**DEFENDANT ADVISED BY THE COURT OF RIGHT TO APPEAL.**

Judgment Order to issue.