# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
### WESTERN DIVISION AT CINCINNATI

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | ) |
| | ) **Case No. 1:13-CR-141** |
| Plaintiff, | ) |
| | ) **(Judge Herman J. Weber)** |
| v. | ) |
| | ) |
| **GLEN GALEMMO,** | ) |
| Defendant. | ) |

## **NOTICE OF APPEARANCE**

James E. Burke of the law firm Keating Muething & Klekamp PLL hereby gives notice of his appearance as trial counsel in this matter for Claimants Rugged Power Investments, LLC, Joshua Logsdon, Nicholas Rosati, Richard Eckes, James Hull, Sebastian Logsdon, and William Cox in Case No. 1:13-cv-00535 and Interested Parties herein. Counsel's contact information appears below.

Respectfully submitted,

*/s/ James E. Burke*
James E. Burke (0032731)
KEATING MUETHING & KLEKAMP, PLL
One East Fourth Street, Suite 1400
Cincinnati, Ohio 45202
Tel: (513) 579-6400
Fax: (513) 579-6457
jburke@kmklaw.com
*Attorney for Rugged Power Investments, LLC, Joshua Logsdon, Nicholas Rosati, Richard Eckes, James Hull, Sebastian Logsdon, and William Cox*

## **CERTIFICATE OF SERVICE**

       I hereby certify that a copy of the foregoing NOTICE OF APPEARANCE was filed via the Court's CM/ECF system and, therefore, served upon all parties via their counsel of record this 4th day of September, 2014.

                                        */s/ James E. Burke*
                                        James E. Burke (0032731)

5654276.1